

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2014

No. 04-13-00530-CR

Oscar David **PARDO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5260
Honorable Ron Rangel, Judge Presiding

## O R D E R

The Appellant's Motion to Supplement Record is hereby GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court